| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | 2:20-CR-016-Z(01) |
| | | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00092-GMN-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of Texas | DIVISION<br>Amarillo Division |
| --- | --- | --- |
| **Jack Edward Gettle**<br><br>Pahrump Nevada | NAME OF SENTENCING JUDGE<br>Matthew J. Kacsmaryk | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>04/30/2026 | TO<br>04/29/2027 |
| --- | --- | --- | --- |

**OFFENSE**
Possession With Intent to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The District of Nevada has requested a transfer of jurisdiction due to Mr. Gettle's intention to remain in the District of Nevada. Moreover, Mr. Gettle has no ties and does not plan to return to the Northern District of Texas.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Texas _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Nevada _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_May 12, 2026_
Date

_United States District Judge Matthew J. Kacsmaryk_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 1, 2026_
Effective Date

_United States District Judge_

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Jack Gettle**

**Case No.:  TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

May 22, 2026

TO:    United States District Judge

On January 7, 2021, Gettle was sentenced in the Northern District of Texas by the Honorable Matthew Kacsmaryk to 87 months custody followed by 1-year supervised release for committing the offense of Possession with Intent to Distribute Methamphetamine. Gettle is a resident of Nevada and intends on remaining in Nevada for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Matthew Kacsmaryk, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2026.05.22 14:13:43 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2026.05.22 12:54:27 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer